# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FATIMA ABDURAHIM AHMED, | : | |
| Plaintiff, | : | |
| v. | : | Case No. C2:09-CV-0096 |
| MARK HANSEN, ET AL., | : | JUDGE ALGENON L. MARBLEY |
| Defendants. | : | Magistrate Judge Deavers |

## ORDER

Pursuant to Defendants' Unopposed Motion to Vacate Mediation Order (Doc. 18), the Order to conduct mediation in this case is hereby vacated.  The parties will not be required to conduct mediation.

**IT IS SO ORDERED.**

                                        s/Algenon L. Marbley
                                        **ALGENON L. MARBLEY**
                                        **UNITED STATES DISTRICT JUDGE**

**DATED:  June 28, 2010**